**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7014**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

CHRISTOPHER TAVAUGHN JACKSON,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (7:06-cr-00070-BO-1)

———————

Submitted: December 17, 2009     Decided: December 28, 2009

———————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher Tavaughn Jackson, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Tavaughn Jackson appeals the district court's order denying relief on his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See United States v. Lindsey, 556 F.3d 238, 243-45 (4th Cir. 2009); United States v. Dunphy, 551 F.3d 247, 251 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED